In the Matter of the Application of THE CORPORATION COUNSEL OF THE CITY OF NEW YORK Relative to Appointment of Commissioners to Determine Damages to Property Owners Caused by the Closing of Old Third Avenue in the Borough of The Bronx.

JOSEPH F. FETYK, as Executor of FRANK NOHA, Deceased, et al., Appellants and Respondents; CITY OF NEW YORK, Respondent and Appellant· NEW YORK SAVINGS BANK, Respondent.

Argued March 11, 1940; decided April 16, 1940.

*Walter J. McNichols, Samuel Michelman* and *Morris I. Price* for Bank of Manhattan Trust Company, as administrator with the will annexed of the estate of Helena Scheuermann, deceased, appellant and respondent.

*James F. Donnelly* and *Frederick W. Hottenroth* for Joseph F. Fetyk, as executor of Frank Noha, deceased, et al., appellants and respondents.

*James F. Donnelly* and *Joseph T. Hanlon* for Frank Hanlon et al., as executors of Charlotte R. Hanlon, deceased, appellants and respondents.

*Benjamin N. Brody* for Madeline A. Reilly, as executrix of James Reilly, deceased, appellant and respondent.

*William C. Chanler,* Corporation Counsel (*Lewis Orgel, Julius Isaacs* and *Samuel K. Handel* of counsel), for City of New York, respondent and appellant.

*John A. Dutton* for New York Savings Bank, respondent.

Appeal by claimants dismissed, without costs, on the ground that no constitutional question is involved. Upon appeal by the City of New York: Order affirmed, without costs. No opinion.

Concur: LEHMAN; Ch. J., LOUGHRAN, RIPPEY, SEARS, LEWIS and CONWAY, JJ. Taking no part: FINCH, J.